IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GREG LEE DUGAS, | ) | |
| Plaintiff, | ) | Civil Action No. 7:11cv00417 |
| | ) | |
| v. | ) | <u>FINAL ORDER</u> |
| | ) | |
| S.R. YOUNG, <u>et al.</u>, | ) | By:  Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Dugas's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g); his motion to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is hereby **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER:  This 7th day of September, 2011.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE